STATE v. ELDRIDGE BENTHAL AND GILBERT BRETT.

(Filed 24 September, 1930.)

APPEAL by defendants from *Cranmer, J.,* at July Term, 1930, of HERTFORD. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

*E. R. Tyler and D. C. Barnes for defendants.*

PER CURIAM. The defendants were convicted upon an indictment charging them with the larceny of peanuts. From the sentence pronounced they appealed upon several assignments of error. We have considered each of the exceptions and find no sufficient cause for granting a new trial.

No error.